IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BARBARA SUZETTE BAKER, <br><br> Plaintiff, <br><br> v. <br><br> LLANO COUNTY, <br> a municipality; <br> RON CUNNINGHAM, <br> in his official capacity as Presiding Officer <br> of the Llano County Commissioners Court, <br> and his individual capacity; <br> AMBER MILUM, <br> in her official capacity as Director of <br> Llano County Library System, <br> and her individual capacity; <br> JERRY DON MOSS, in his individual capacity; <br> BONNIE WALLACE, in her individual capacity; <br> ROCHELLE WELLS, in her individual capacity; <br> RHONDA SCHNEIDER, in her individual capacity; <br> and, GAY BASKIN, in her individual capacity; <br><br> Defendants. | Case No. 1:24-CV-228-RP |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND LEAVE TO EXCEED THE COURT'S PAGE LIMITATION**

**THIS MATTER** having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and Leave to Exceed the Court's Page Limitation and the Court having reviewed the file herein and being otherwise fully advised in the premises, and for good cause shown;

**IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss be and hereby is **GRANTED**, with the Court hereby extending and consolidating the deadline for Plaintiff to file her Response on or before July 9, 2024.

**IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Unopposed Motion for Leave to Exceed the Court's Page Limitation on Plaintiff's Response to Defendants' Motion to Dismiss be and hereby is **GRANTED**, with the Court hereby extending the page limitation by ten (10) extra pages.

**DATED:** June 21, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE