Iris Halpern*
Azra Taslimi*
Stephanie Wise*
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
ih@rmlawyers.com
at@rmlawyers.com
sw@rmlawyers.com
*Attorneys for Plaintiff*
* *Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| BARBARA SUZETTE BAKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )    Civil No. 1:24-cv-228-RP |
| | ) |
| LLANO COUNTY, a municipality; | ) |
| RON CUNNINGHAM, in his individual capacity; | ) |
| AMBER MILUM, in her individual capacity; | ) |
| JEREMY DON MOSS, in his individual capacity; | ) |
| BONNIE WALLACE, in her individual capacity; | ) |
| ROCHELLE WALLACE, in her individual capacity; | ) |
| RHONDA SCHNEIDER, in her individual capacity; | ) |
| And, GAY GASKIN, in her individual capacity; | ) |
| | |
|     Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate to the dismissal of all claims brought by Plaintiff Barbara Suzette Baker in this civil action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties stipulate and agree as follows:

1. That all claims brought by Plaintiff Barbara Suzette Baker be dismissed with prejudice.

2. That all Parties seeking dismissal bear responsibility for their own costs and fees relating to such claims.

Respectfully Submitted: April 21, 2025

| | |
|---|---|
| /s/ Azra Taslimi | /s/ Joanna Lippman Salinas |
| Azra Taslimi* | Joanna Lippman Salinas |
| Iris Halpern* | David I. Solomon |
| Stephanie Wise* | |
| | FLETCHER, FARLEY, |
| RATHOD \| MOHAMEDBHAI LLC | SHIPMAN & SALINAS, L.L.P. |
| 2701 Lawrence Street | 2530 Walsh Tarlton Lane, Suite 150 |
| Denver, CO 80205 | Austin, Texas 78746 |
| Telephone: (303) 578-4400 | (512) 476-5300 |
| Facsimile: (303) 578-4401 | joanna.salinas@fletcherfarley.com |
| at@rmlawyers.com | david.solomon@fletcherfarley.com |
| ih@rmlawyers.com | |
| sw@rmlawyers.com | *Attorneys for Defendants* |
| * Admitted Pro Hac Vice | |

Jeff Edwards
Lisa Snead

EDWARDS LAW
603 W. 17th St.
Austin, Texas 78701
Tel.  512-623-7727
Fax.  512-623-7729
jeff@edwards-law.com
lisa@edwards-law.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2025, I filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all parties.

RATHOD | MOHAMEDBHAI LLC

*/s/ Azra Taslimi*
Azra Taslimi*
* *Admitted Pro Hac Vice*

*Attorney for Plaintiff*
